**No. 09-11491. Willie Bruce Bryant, Petitioner v. Averitt Express, Inc.**

562 U.S. 883, 131 S. Ct. 209, 178 L. Ed. 2d 125, 2010 U.S. LEXIS 6801,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 375 Fed. Appx. 942.